**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**AVERY GARDNER
ADC #155675**                                                                                              **PLAINTIFF**

**V.**                         **CASE NO. 4:16-CV-00741-JM-BD**

**TERRY V. ZAVADIL, et al.**                                                             **DEFENDANTS**

**ORDER**

On October 13, 2016, Avery Gardner, an inmate in the Wrightsville Unit of the Arkansas Department of Correction ("ADC"), filed a complaint (docket entry #2) under 42 U.S.C. § 1983. All of Mr. Gardner's claims arose while he was confined in the ADC's Ouachita River Unit. All claims are against officers working at the Ouachita River Unit.

The Ouachita River Unit is located in Malvern, Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a).

Accordingly, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, United States Courthouse, 100 Reserve Street, Room 347, Hot Springs, Arkansas, 71901-4143.

IT IS SO ORDERED, this 24th day of October, 2016.

                                                                            _____
                                                                            UNITED STATES MAGISTRATE JUDGE